Robert C. Weiss (State Bar No. 39,929)
rcweiss@jonesday.com
Charles A. Kertell (State Bar No. 181,214)
cakertell@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

James E. Doroshow (State Bar No. 112,920)
jdoroshow@linerlaw.com
LINER, YANKELEVITZ, SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 500-3412
Facsimile: (310) 500-3501

Michael M. Carlson (State Bar No. 88,048)
mcarlson@linerlaw.com
LINER, YANKELEVITZ, SUNSHINE & REGENSTREIF LLP
199 Freemont Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for Defendant
TEKTITE INDUSTRIES, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG INSTRUMENT, INC., | Case No. CV 08-2778 ODW (CWx) |
| Plaintiff, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| TEKTITE INDUSTRIES, INC. and DOES 1-10, | Hon. Otis D. Wright II |
| Defendants. | |

LAI-2952149v1

1       WHEREAS, plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Tektite Industries, Inc. ("Tektite") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

2.       1.   This is an action for patent infringement, arising under the patent laws of the United States, Title 35, United States Code.

3.       2.   This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331 and 1338.  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §1391, as well as 28 U.S.C. §1400(b).

4.       3.   Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

5.       4.   Tektite is a corporation incorporated under the laws of the State of New Jersey and has its principal place of business at 309 North Clinton Avenue, Trenton, New Jersey 08638.

6.       5.   Tektite has manufactured, used, imported, offered for sale, and/or sold certain flashlight covers, including the flashlight cover for the Tektite Expedition 1900 flashlight.  A digital photograph of one of these covers is attached hereto as **Exhibit 1**.  These covers were neither manufactured nor authorized by plaintiff Mag Instrument.

7.       6.   Mag Instrument is, by assignment, the owner of all right, title, and interest in United States Patent No. 5,165,782 ("the '782 patent").  A copy of the '782 patent is attached hereto as **Exhibit 2**.

7. The '782 patent, issued on November 24, 1992, is valid and enforceable. Tektite will not directly or indirectly aid, assign, or participate in any action contesting the validity and/or enforceability of the '782 patent.

8. Mag Instrument is, by assignment, the owner of all right, title, and interest in United States Patent No. 5,267,131 ("the '131 patent"). A copy of the '131 patent is attached hereto as **Exhibit 3**.

9. The '131 patent, issued on November 30, 1993, is valid and enforceable. Tektite will not directly or indirectly aid, assign, or participate in any action contesting the validity and/or enforceability of the '131 patent.

10. Tektite, its officers, directors, agents, servants, employees, attorneys, confederates, and all persons and/or entities acting for, with, by, through, and/or in concert or participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

   (a) manufacturing, using, importing, offering for sale, and/or selling the flashlight cover pictured in **Exhibit 1**; and

   (b) manufacturing, using, importing, offering for sale, and/or selling any flashlight covers that are substantially similar to the flashlight cover pictured in **Exhibit 1**.

11. Service by mail upon Tektite, addressed to James E. Doroshow, Liner, Yankelevitz, Sunshine & Regenstreif LLP, 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024, of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for Tektite to sign any form of acknowledgement of service.

12. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: __September 15, 2008

By: _____
Hon. Otis D. Wright II
United States District Court Judge

Approved as to form and content:

Dated: _____, 2008    JONES DAY

By: _____
Charles A. Kertell

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

Dated: _____, 2008    LINER, YANKELEVITZ, SUNSHINE & REGENSTREIF LLP

By: _____
Michael M. Carlson

Attorneys for Defendant
TEKTITE INDUSTRIES, INC.

LAI-2952149v1

4